**JASON K. SINGLETON, CSB#166170**
**SINGLETON LAW GROUP**
**611 "L" STREET, SUITE "A"**
**EUREKA, CA 95501**
**(707) 441-1177**
**FAX 441-1533**

Attorneys for Plaintiff, MARSHALL LOSKOT



Dated: 5/20/2013

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARSHALL LOSKOT,**<br>        Plaintiff(s),<br>    v.<br><br>**INTERSTATE CONCORD, LLC, et al.,**<br>        Defendant(s). | CASE NUMBER<br><br>**CV-13-0839 MEJ**<br><br>NOTICE OF DISMISSAL PURSUANT<br>RULE 41(a) OR (c) F.R.Civ.P. |

PLEASE TAKE NOTICE: (Check one)

- ■ This action is dismissed by the Plaintiff (s) in its entirety, with prejudice.
- ☐ The Counterclaim brought by Claimant (s) _____ is dismissed by Claimant (s) in its entirety.
- ☐ The Cross-Claim brought by Claimant (s) _____ is Dismissed by the Claimant (s) in its entirety.
- ☐ The Third-party Claim brought by Claimant (s) _____ is Dismissed by the Claimant (s) in its entirety.
- ☐ ONLY Defendant (s)_____ is (are) dismissed from

    (Circle one)    Complaint, Counterclaim, Cross-claim, Third Party Claim

    brought by _____.

The dismissal is made pursuant to Rule 41 (a)  or  (c) of the Federal Rules of Civil Procedure.

DATED:        May 17, 2013            /s/ Jason K. Singleton
                                    Signature of Attorney/Party

NOTE: F.R.Civ.P. 41(a): THIS NOTICE MAY BE FILED AT ANY TIME BEFORE SERVICE BY THE ADVERSE PARTY OF AN ANSWER OR OF A MOTION FOR SUMMARY JUDGMENT, WHICHEVER FIRST OCCURS.

F.R.Civ.P. 41(c):  COUNTERCLAIMS, CROSS-CLAIMS & THIRD-PARTY CLAIMS MAY BE DISMISSED BEFORE SERVICE OF A RESPONSIVE PLEADING OR PRIOR TO THE BEGINNING OF TRIAL.

CV-9  (7/01)       NOTICE OF DISMISSAL PURSUANT TO F.R.Civ.P. 41 (a) or (c)