**JASON K. SINGLETON, CSB#166170**
**SINGLETON LAW GROUP**
**611 "L" STREET, SUITE "A"**
**EUREKA, CA 95501**
**(707) 441-1177**
** FAX 441-1533**

**Attorneys for Plaintiff, MARSHALL LOSKOT**

Dated: 5/20/2013



GRANTED

Judge Maria-Elena James

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARSHALL LOSKOT,** | **CASE NUMBER** |
| **Plaintiff(s),** | |
| **v.** | **CV-13-0839 MEJ** |
| | |
| **INTERSTATE CONCORD, LLC, et al.,** | **NOTICE OF DISMISSAL PURSUANT** |
| **Defendant(s).** | **RULE 41(a) OR (c) F.R.Civ.P.** |

PLEASE TAKE NOTICE: (Check one)

■     This action is dismissed by the Plaintiff (s) in its entirety, with prejudice.

☐     The Counterclaim brought by Claimant (s) _____ is
       dismissed by Claimant (s) in its entirety.

☐     The Cross-Claim brought by Claimant (s) _____  is
       Dismissed by the Claimant (s) in its entirety.

☐     The Third-party Claim brought by Claimant (s) _____  is
       Dismissed by the Claimant (s) in its entirety.

☐     ONLY Defendant (s)_____ is
       (are) dismissed from

       (Circle one)      Complaint, Counterclaim, Cross-claim, Third Party Claim

       brought by     _____.

The dismissal is made pursuant to Rule 41 (a)  or  (c) of the Federal Rules of Civil
Procedure.

DATED:       _____May 17, 2013_____       _____/s/ Jason K. Singleton_____
                                            Signature of Attorney/Party

NOTE: F.R.Civ.P. 41(a): THIS NOTICE MAY BE FILED AT ANY TIME BEFORE SERVICE BY THE ADVERSE
       PARTY OF AN ANSWER OR OF A MOTION FOR SUMMARY JUDGMENT, WHICHEVER FIRST OCCURS.

       F.R.Civ.P. 41(c):  COUNTERCLAIMS, CROSS-CLAIMS & THIRD-PARTY CLAIMS MAY BE DISMISSED
       BEFORE SERVICE OF A RESPONSIVE PLEADING OR PRIOR TO THE BEGINNING OF TRIAL.